UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    STEVEN P UTTERBACK  
    MICHELE UTTERBACK  
    Debtor(s)

Case No. 10-07612

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/25/2010.

2) The plan was confirmed on 05/05/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/07/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/14/2011.

5) The case was converted on 05/19/2011.

6) Number of months from filing to last payment: 13.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $55,498.20.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $5,743.61 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $5,743.61

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,250.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $301.14 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,551.14

Attorney fees paid and disclosed by debtor:    $1,250.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BAC HOME LOANS SERVICING LP | Secured | 6,052.79 | 6,052.79 | 6,052.79 | 397.05 | 0.00 |
| BAC HOME LOANS SERVICING LP | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CANDICA LLC | Unsecured | 1,900.33 | 2,315.95 | 2,315.95 | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 18,255.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 3,923.36 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 5,850.63 | 6,201.94 | 6,201.94 | 0.00 | 0.00 |
| CR EVERGREEN LLC | Unsecured | 5,206.87 | 5,235.69 | 5,235.69 | 0.00 | 0.00 |
| CR EVERGREEN LLC | Unsecured | 20,192.92 | 22,179.21 | 22,179.21 | 0.00 | 0.00 |
| CR EVERGREEN LLC | Unsecured | 1,086.00 | 1,267.20 | 1,267.20 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 8,460.57 | 8,710.18 | 8,710.18 | 0.00 | 0.00 |
| FIRST NATIONAL BANK | Unsecured | 3,839.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF OMAHA | Unsecured | 4,321.51 | 4,321.51 | 4,321.51 | 0.00 | 0.00 |
| GREAT LAKES HIGHER EDUCATION | Unsecured | 17,578.00 | 15,154.00 | 15,154.00 | 0.00 | 0.00 |
| HARRIS BANK CONSUMER LOAN CT | Secured | 10,374.35 | 10,374.35 | 10,374.35 | 2,450.69 | 344.73 |
| HSBC BANK NEVADA | Unsecured | 752.69 | 826.99 | 826.99 | 0.00 | 0.00 |
| HSBC BANK NEVADA NA | Unsecured | 330.00 | 310.41 | 310.41 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 5,633.87 | 5,233.54 | 5,233.54 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 347.93 | 347.93 | 0.00 | 0.00 |
| KEYBANK NATIONAL ASSOCIATION | Unsecured | NA | 3,393.61 | 3,393.61 | 0.00 | 0.00 |
| KEYBANK NATIONAL ASSOCIATION | Unsecured | NA | 5,180.56 | 5,180.56 | 0.00 | 0.00 |
| KEYBANK NATIONAL ASSOCIATION | Unsecured | NA | 22,116.08 | 22,116.08 | 0.00 | 0.00 |
| KEYBANK NATIONAL ASSOCIATION | Unsecured | 48,576.00 | 25,573.88 | 25,573.88 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 17,682.00 | 17,462.15 | 17,462.15 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 778.00 | 1,009.80 | 1,009.80 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 12,212.67 | 12,267.54 | 12,267.54 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 11,261.03 | 11,481.30 | 11,481.30 | 0.00 | 0.00 |
| SHELL | Unsecured | 548.39 | NA | NA | 0.00 | 0.00 |
| SILVERLEAF RESORTS | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK | Unsecured | 968.20 | 53.49 | 53.49 | 0.00 | 0.00 |
| US BANK | Unsecured | NA | 822.38 | 822.38 | 0.00 | 0.00 |
| US BANK | Unsecured | NA | 1,017.65 | 1,017.65 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| US BANK | Unsecured | 5,092.00 | 5,310.87 | 5,310.87 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $6,052.79 | $397.05 | $0.00 |
| Debt Secured by Vehicle | $10,374.35 | $2,450.69 | $344.73 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$16,427.14** | **$2,847.74** | **$344.73** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,233.54 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$5,233.54** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$172,560.32** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,551.14 |
| Disbursements to Creditors | $3,192.47 |
| **TOTAL DISBURSEMENTS:** | **$5,743.61** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/27/2011                             By: /s/ Glenn Stearns
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**